ANTHONY P. FRITZ (SBN 111494)
**HERRIG & VOGT, LLP**
4210 Douglas Boulevard, Suite 100
Granite Bay, CA 95746
Telephone: (916) 960-1000
Facsimile: (916) 960-1005
E-mail: a.fritz@herrigvogt.com

Attorneys for Defendants S.C. ANDERSON, INC. and HERRIG & VOGT, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Carl Alexander Wescott,<br><br>        Plaintiff<br><br>vs.<br><br>S.C. Anderson, Inc.;<br>Herrig & Vogt, LLP;<br>Moe's Process Serving, Inc.,<br><br>        Defendants. | Case No. cv 17-5676-LB<br><br>**(1) NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>**(2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS (filed concurrently herewith under separate cover)**<br><br>**(3) REQUEST FOR JUDICIAL NOTICE (filed concurrently herewith under separate cover)**<br><br>**(4) (PROPOSED) ORDER GRANTING MOTION TO DISMISS COMPLAINT (filed concurrently herewith under separate cover)**<br><br>**(5) PROOF OF SERVICE (filed concurrently herewith under separate cover)**<br><br>Date: February 15, 2018<br>Time: 9:30 a.m.<br>Place: U.S. District Court, Northern District, 450 Golden Gate Ave., Courtroom C-15th Fl., San Francisco, CA 94102<br><br>Hon. Laurel Beeler<br>Action Filed: October 2, 2017<br>Trial Date: Not Yet Set |

///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 15, 2018 at 9:30 a.m. in Courtroom C – 15th Floor of the above titled court Defendants S.C. Anderson, Inc. and Herrig & Vogt, LLP ("Defendants") will and hereby do, move the Court for an order dismissing this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

Defendants seek an order dismissing the complaint filed by plaintiff Carl Alexander Wescott in its entirety, without leave to amend. The grounds for the motion are that the causes of action set forth in the complaint do not state a claim on which relief can be granted by this Court, the causes of action are barred by applicable statutes of limitations, the complaint fails to meet the pleading standards required under Federal Rule of Civil Procedure 9 and the Court should decline to exercise supplemental jurisdiction over the law claims alleged in the complaint in order to avoid unnecessary decisions on state law. Dismissal of the complaint without leave to amend is appropriate because amendment of the complaint would be futile and an amended complaint would be subject to dismissal.

This Motion is based on this notice of motion and motion, the memorandum of points and authorities, the request for judicial notice, all pleadings and files in this matter, all other matters which this Court may take judicial notice and upon such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing on this Motion.

Dated: January 9, 2018                                          **HERRIG & VOGT, LLP**

                                                                By /S/ Anthony P. Fritz
                                                                   Anthony P. Fritz
                                                                   Attorneys for Defendants S.C. Anderson, Inc.
                                                                   and Herrig & Vogt, LLP