Carl Wescott
PO Box 190875
San Francisco, CA 94966
*in propria persona*
+1 415 335 5000

FILED
JUL -3 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| Carl Alexander Wescott, ) | Case Number 3:17-cv-05676-LB |
| Plaintiff ) | |
| ) | **NOTICE OF COMPLIANCE** |
| -------------- versus -------------- ) | **WITH COURT ORDER** |
| SC Anderson, Inc.; ) | |
| Herrig & Vogt, LLP; ) | |
| Moe's Process Serving, Inc.; ) | |
| Defendants ) | |

Plaintiff Carl A. Wescott, proceeding *pro se*, hereby files this Notice of Compliance with this Court's Order of May 21, 2018 by referring to the Court's docket, which shows the Plaintiff's Amended Complaint filed on June 14, 2018 as Ordered by the Court on May 21.

As Mr Fritz is aware from a Notice of Unavailability served upon him in another case, the Plaintiff left San Francisco on June 8th and will be returning on July 5th. The Amended Complaint was sent from New York on June 12th, with an expected arrival of June 13th, and Priority tracking shows it arriving at the Court on June 14th. It was served upon the Defendants via third-party first-class mail on June 12th, and likely received by Defendants the following week.

The Plaintiff apologizes for imposing on the Court and the Defendants with this Notice, but the Court's June 18 Order suggested that there may have been some uncertainty about the Plaintiff's compliance. President Coolidge is famously quoted as saying: "if you see 10 troubles coming down the road you can be sure that 9 will run into the ditch before they reach you and you will have only one to battle with". Without disputing the sagacity of that observation, the Plaintiff will not countenance the slightest doubt about his respect for the Orders of this Court.

The Plaintiff thanks the Court for the extension of time offered in the Court's June 18 Order, but in this case the Plaintiff did not require an extension of time, despite an interlude of international travel. The Plaintiff will do his best to ask for necessary extensions of time before the expiration of Court-Ordered deadlines.

The Plaintiff hopes that his Amended Complaint which is apparently in the Docket as of June 14th meets the general filing requirements for District Court complaints and believes that the changes to it solve the Court's issues as raised in SC Anderson's Motion to Dismiss. If there are any deficiencies (formatting or otherwise) the Plaintiff would like the opportunity to correct them.

RESPECTFULLY SUBMITTED.

Date: June 25th, 2018

_____
Carl A. Wescott. *Pro Se*

2

CW
[illegible]
9/11/9

Clerk of Court
US District Court
450 Golden Gate Ave
SF CA 94102

PHOENIX AZ 852
26 JUN 2018 PM 3 L

FOREVER USA