Keith D. Cable, Esq., SBN 170055
**CABLE LAW**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
916/608-7995 Tel.
916/608-7986 Fax

Attorneys for Defendant
MOE'S PROCESS SERVING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SC ANDERSON, INC.; HERRIG & VOGT, LLP; MOE'S PROCESS SERVING, INC.;<br><br>　　　　Defendants. | Case No.: 3:17-cv-05676-LB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: August 23, 2018<br>Time: 9:30 a.m.<br>Location: U.S. District Court, Northern District, Courtroom C – 15th Floor, San Francisco, CA<br>Judge: Hon. Laurel Beeler<br>Action Filed: October 2, 2017<br>Trial Date: None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 23, 2018 at 9:30 a.m. in Courtroom C - 15th Floor of the above titled court, Defendants MOE'S PROCESS SERVING, INC. ("Defendant")

---

1
NOTICE OF MTD FAC

1  will and hereby does, move the Court for an order dismissing this action pursuant to Federal
2  Rule of Civil Procedure 12(b)(6).
3      Defendant seeks an order dismissing the First Amended Complaint ("FAC") filed by
4  Plaintiff Carl Alexander Wescott in its entirety, without leave to amend. The grounds for the
5  motion are that the causes of action set forth in the FAC do not state a claim on which relief
6  can be granted by this Court, the causes of action are barred by both California's litigation
7  privilege and/or the applicable statutes of limitation, the FAC fails to meet the pleading
8  standards required under Federal Rule of Civil Procedure 9, and the Court should decline to
9  exercise supplemental jurisdiction over the state law claims alleged in the FAC in order to
10 avoid unnecessary decisions on state law. Dismissal of the FAC without leave to amend is
11 appropriate because amendment of the FAC would be futile and an amended complaint
12 would be subject to dismissal.
13     This Motion is based on this notice of motion and motion, the memorandum of points
14 and authorities, the request for judicial notice, all pleadings and files in this matter, all other
15 matters which this Court may take judicial notice and upon such other and further oral or
16 documentary evidence as may be presented to the Court at or prior to the hearing on this
17 Motion.

18 DATED: July 16, 2018                **CABLE LAW**

19                                     */s/ Keith D. Cable*
                                       By:   KEITH D. CABLE, ESQ.
20                                           Attorneys for Defendant
                                             MOE'S PROCESS SERVING, INC.