## <u>CERTIFICATE OF SERVICE – FRCP 5</u>

On this date, I served the foregoing documents described as: **NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT; REQUEST FOR JUDICIAL NOTICE** on the parties/counsel below by placing a true copy thereof in a sealed envelope and served same on the parties/counsel, addressed as follows:

Carl Alexander Wescott
P.O. Box 190875
San Francisco, CA 94966

Anthony P. Fritz
Herrig & Vogt, LLP
4210 Douglas Blvd Ste 100
Granite Bay, CA 95746

The following is the procedure in which service of this document was effected:

☒ (BY REGULAR MAIL) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the City of Folsom, California after the close of the day's business.

☐ (BY FEDERAL EXPRESS) by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the Federal Express carrier/box at Folsom, California.

☐ (BY FACSIMILE TRANSMITTAL) by placing a true copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

☐ (BY PERSONAL SERVICE) by delivering by hand and leaving a true copy with the person and/or secretary at the address shown above.

☐ (BY E-MAIL) by transmitting an electronic copy to the person(s) identified above.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this document was executed at Folsom, California on July 16, 2018.

*/s/ Keith D. Cable*_____
KEITH D. CABLE